REGENT REALTY COMPANY, Appellant, v. JACOB HIRSCH, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ETHEL FEINBERG, Appellant, v. MORRIS FEINBERG, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MORRIS COHEN, as Administrator, etc., of BESSIE COHEN, Deceased, Respondent, v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

VIOLET L. BELL and WALTER BELL, Respondents, v. GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN HABERPOINTNER, Appellant, v. ROSE HABERPOINTNER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HERMAN HERZOG, Appellant, v. ABRAHAM STERN and Another, Respondents.†— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. (See Domres v. Storms, 236 App. Div. 630, and Loucks v. Standard Oil Co., 224 N. Y. 99.) Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell and Glennon, JJ., dissent and vote for affirmance. [148 Misc. 25.]

EDMUND LISSBERGER, Respondent, v. FANNY BRAINE and MARX LISSBERGER, as Executors, etc., of WALTER LESTER, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SARAH ROSENBERG, Respondent, v. LOMIDA REALTY CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

---

*Affd., 264 N. Y. 586.        † Revd., 264 N. Y. 379.